IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD DANIEL SULLIVAN, #86908**                                            **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:16-cv-395-LG-JCG**

**ALBERT FOUNTAIN, ET AL.**                                                **DEFENDANTS**

ORDER

BEFORE THE COURT are Plaintiff's Motion [ECF No. 9] to Amend and Motion [ECF No. 11] for a change of venue. Plaintiff is an inmate of the Mississippi Department of Corrections and he brings this pro se Complaint pursuant to 42 U.S.C. § 1983.[1] At this early stage in the proceedings and after a liberal review of Plaintiff's pleadings, the Court determines that Plaintiff's Motion to Amend will be granted and his Motion for a change of venue will be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that Plaintiff's Motion [ECF No. 9] to Amend is **GRANTED,** and the following individuals are added as Defendants: Mike Byrd, former Sheriff of Jackson County, Mississippi; Jeff Smith, Sergeant with Jackson County Task Force; Gayle Parker, Harrison County Circuit Court Clerk; Diana Ladner, Justice Court Judge; Lawrence Paul Bourgeios, Jr., Harrison County Circuit Court Judge; and David Venus, Owner of North Bay Towing.

**IT IS FURTHER ORDERED AND ADJUDGED**, that Plaintiff's Motion [ECF No. 11] for a change of venue is **DENIED**.

The Plaintiff is warned that his failure to timely comply with a Court Order or his failure to keep this Court advised of his current address will result in the dismissal of this case.

**SO ORDERED AND ADJUDGED,** this the 23rd day of January, 2017.

                                                              s/John C. Gargiulo
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is proceeding *in forma pauperis*. *See* Order [ECF No. 14].