# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**RICHARD DANIEL SULLIVAN**                                                  **PLAINTIFF**

v.                         CAUSE NO. 1:16-cv-395-LG-MTP

**ALBERT FOUNTAIN, et al.**                                               **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 2nd day of November, 2017.

                                                       s/ *Louis Guirola, Jr.*
                                                       Louis Guirola, Jr.
                                                       Chief United States District Judge